JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENNETH DAVIDSON,<br><br>    Plaintiff,<br><br>v.<br><br>VINCENT DUARTE D/B/A VICENTE BARBER SHOP; and DOES 1 to 10,<br><br>    Defendant. | Case No. 2:24-cv-05099-AB (AJRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |
|---|---|

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 27, 2024

                                              ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE